UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>T.J Lee<br>Courtney Lee<br><br>         Debtor(s)<br><br>T.J Lee<br>Courtney Lee<br><br>         Plaintiff(s)<br><br>IndyMac Bank<br><br>         Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-04824<br><br>Chapter: 13<br>Honorable Jack B. Schmetterer<br><br>Adv. No.: 11-00785 |

**FINDINGS OF FACT**

A. The Parties

   1. The Plaintiffs are TJ and Courtney Lee.

   2. The Defendant is IndyMac Bank.

B. Factual Background

   1. On or about February 8, 2011. Plaintiffs filed a petition for relief under Chapter 13 of the Bankruptcy Code.

   2. The Plaintiffs own the real estate commonly known as 632 E. 192nd Street, Glenwood, IL 60425.

   3. That IndyMac Bank holds a first mortgage lien on the real property commonly known as 632 E. 192nd Street, Glenwood, IL 60425, with a secured claim of $156,777.00 pursuant to Schedule D of the bankruptcy petition.

   4. The Defendant holds a second mortgage lien on the real property known as 632 E. 192nd Street, Glenwood, IL 60425 in the approximate amount of $40,166.00 pursuant to Schedule D of the bankruptcy petition.

   5. That the Plaintiffs obtained a valuation of the property on January 5, 2011 indicating the value of 632 E. 192nd Street, Glenwood, IL 60425 as $118,000.00

   6. The first mortgage lien of IndyMac Bank is a secured claim based on the mortgage recorded on November 8, 2005 as document number 0531215069 with the Cook County Recorder of Deeds, Illinois.

   7. The second mortgage lien of the Defendant is a claim based on the mortgage recorded November 8, 2005 as document number 0531215070 with the Cook County Recorder of Deeds, Illinois.

   8. The current Chapter 13 plan provides that the Plaintiffs will make monthly payments to the Chapter 13 Trustee in the amount of $1,215.00 per month.

   9. Under the Plan, general unsecured creditors will be paid a dividend of one percent (1%) of their allowed claims.

10. On March 28, 2011, Plaintiffs issued a summons and complaint pursuant to 11 U.S.C. § 506(a) and the Bankruptcy Rule 3012 to determine the validity of Defendant's lien on Plaintiff's property located at 632 E. 192ned Street, Glenwood, IL 60425.

11. That on March 29, 2011, a copy of the summons and complaint was served in accordance with the Federal Rules of the Bankruptcy Procedure by certified U.S. mail, postage prepaid upon IndyMac Bank's President and CEO, Joseph Otting.

12. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

13. No evidence has been presented to challenge the validity of the secured claim that hold priority that holds priority over the second mortgage lien.

14. No evidence has been presented to challenge the appraised value of $118,000.00

15. The first secured claim of IndyMac Bank in the amount of $156,777.00 exhausts the value and equity in Plaintiffs' residence.

16. There is no value and equity to support the claim of the Defendant.

Enter:

United States Bankruptcy Judge

MAY 12 2011

Dated: 5/12/11

**Prepared by counsel of Movant:**

Ledford & Wu
200 S. Michigan, Ste 209
Chicago, IL 60657
(312)294-4400
(3120294-4410 fax

Rev: 20101008_apo