UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>T.J Lee<br>Courtney Lee<br><br>   Debtor(s)<br><br>T.J Lee<br>Courtney Lee<br><br>   Plaintiff(s)<br><br>IndyMac Bank<br><br>   Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-04824<br><br>Chapter: 13<br>Honorable Jack B. Schmetterer<br><br>Adv. No.: 11-00785 |

## CONCLUSIONS OF LAW

A. Jurisdiction

1. This contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

2. Venue is proper in this district pursuant to U.S.C. § 1409.

B. Argument

1. Is action was initiated under 11 U.S.C. § 506(a) and F.R. Bankr. P. 3012.

2. The Debtor scheduled the first secured claim of IndyMac Bank in the amount of 156,777.00 and the second secured claim of the Defendant in the amount of $40,166.00.

3. IndyMac Bank is listed on Schedule D for the amount of $156,777.00 for the first mortgage. Said claim is secured by a first mortgage on the Plaintiffs' property632 E. 192nd Street, Glenwood, IL 60425.

4. The Defendant is listed on Schedule D for the amount of 40,166.00. Said claim is second in priority to the first mortgage lien.

5. That the value of Plaintiffs' property is $118,000.00.

6. As there is no value or equity to support the second priority lien of the Defendant its claim is not a claim secured at all by a security interest in the Debtors' residence, as the term is used in § 1322(b) of the Bankruptcy Code. The Chapter 13 Plan may value the collateral under F.R. Bankr. P. 3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtors, and entry of the discharge. In re Meyer, 2009 B 20268, Docket Entry 69 (Bankkr.N.D.Ill. January 29, 2010).

Enter:

United States Bankruptcy Judge

MAY 12 2011

Dated: 5/12/11

**Prepared by counsel of Movant:**

Ledford & Wu
200 S. Michigan, Ste 209
Chicago, IL 60657
(312)294-4400
(3120294-4410 fax

Rev: 20101008_apo